Supreme Court of the State of Pennsylvania granted. *Mr. Joseph W. Catharine* for petitioner. *Mr. Walter B. Gibbons* and *Mr. Harry C. Kohlhas, Jr.,* for respondent.

No. 623. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD *v.* ALICE C. SHELTON. November 17, 1924. Petition for a writ of certiorari to the County Court of Frio County, Texas, granted. *Mr. Rufus S. Day, Mr. Harry J. Gerrity* and *Mr. Charles H. Bates* for petitioner. No appearance for respondent.

No. 698. UNITED STATES EX REL. PAULINE FINK, PETITIONER *v.* ROBERT E. TOD, COMMISSIONER OF IMMIGRATION, ETC. November 24, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Louis Marshall* and *Mr. Max J. Kohler* for petitioner. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Donovan,* for respondent, concurring.

No. 733. BLAKELY D. MCCAUGHN, COLLECTOR OF INTERNAL REVENUE, *v.* CHARLES H. LUDINGTON. December 1, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. William D. Guthrie, Mr. Hugh Satterlee, Mr. William R. Perkins* and *Mr. Ralph B. Evans* for respondent.

No. 619. VIRGINIAN RAILWAY COMPANY *v.* A. J. MULLENS. December 15, 1924. Petition for a writ of certiorari to the Circuit Court of Wyoming County, State or West Virginia, granted. *Mr. H. T. Hall, Mr. G. A. Wingfield* and *Mr. W. H. T. Loyall* for petitioner. No appearance for respondent.